Chant Yedalian, State Bar No. 222325
chant@chant.mobi
CHANT & COMPANY
A Professional Law Corporation
1010 N. Central Ave.
Glendale, CA 91202
Phone: 877.574.7100
Fax: 877.574.9411

Counsel for Plaintiff

Steven J. Goon, State Bar No. 171993
sgoon@rutan.com
Karen E. Walter, State Bar No. 186934
kwalter@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Phone: 714.641.5100
Fax: 714.546.9035

Counsel for Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARO MADENLIAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>FLAX USA, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: SACV13-01748 JVS (JPRx)<br><br>**JOINT PROPOSED SCHEDULE OF DATES** |

Plaintiff Garo Madenlian, individually and on behalf of all others similarly situated, and defendant Flax USA, Inc. ("Flax USA"), by and through their respective counsel, hereby submit the attached Joint Proposed Schedule Of Dates concerning the class-wide settlement in this matter.

Respectfully submitted,

DATED: September 23, 2014  CHANT & COMPANY
A Professional Law Corporation

By: /S/ – Chant Yedalian
Chant Yedalian[1]
Counsel For Plaintiff
Garo Madenlian

DATED: September 23, 2014  RUTAN & TUCKER, LLP

By: /S/ – Karen E. Walter (with permission)
Steven J. Goon
Karen E. Walter
Counsel For Defendant
Flax USA, Inc.

---

[1] I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# JOINT PROPOSED SCHEDULE OF DATES
*Garo Madenlian, et al. v. Flax USA Inc., et al.*
**Case No. SACV13-01748 JVS (JPRx)**

| Event | Date | Reference |
|---|---|---|
| Hearing on Motion for Preliminary Approval & Entry of Order Granting Preliminary Approval | 9/22/14 | |
| Settlement Website up and running | 10/22/14 (no later than 30 days after prelim. approval) | Settlement § I.30., § V.B. |
| Notice Publication on TopClassActions.com (This starts 180-day claim period) | 10/30/14 (no later than 40 days after prelim. approval) | Settlement § I.8., §V.B. |
| 1st Short Form Notice Publication in USA Today | 10/30/14 | |
| 2nd Short Form Notice Publication in USA Today | 12/1/14 | |
| Deadline to opt out of class | 12/29/14 (60 days after publication on TopClassActions) | Settlement § VI.B.1. |
| Deadline to object to settlement | 12/29/14 (60 days after publication on TopClassActions) | Settlement § VI.C(1) |
| Claim Period (180 days) | 10/30/14 – 4/28/15 (180 days after publication on TopClassActions) | Settlement § I.3. |
| The settlement's "effective date" is when (1) the court grants final approval and (2) resolves any objections.  Assuming there are no appeals by objectors such that the "effective date" occurs sometime during the claim period: | | Settlement § IX.A. |
| 3rd Short Form Notice Publication in USA Today | 1/6/15 | |
| Deadline to: (1) file motion for final approval, and (2) file fees/incentive award motion and post fees/incentive motion on class action settlement website | 1/24/15 (30 days before final approval hearing) | Settlement § VI.C.2. |
| Deadline to file and serve written objections to fees/incentive award motion | 2/2/15 (21 days before final approval hearing) | Settlement § VI.C.2. |
| Deadline receive list of opt outs | 2/3/15 (20 days before final approval hearing) | Settlement § VI.B.1. |
| Requested date for final approval hearing | 2/23/15 | |

1

2

| | | |
|---|---|---|
| Payment of claims and administrative costs calculated on a per claim basis | 6/12/15 (no later than 45 days after end of claim period) | Settlement § IV.A.5. |
| Payment of attorneys' fees and incentive award | 7/12/15 (no later than 30 days after payment of claims) | Settlement § VIII.A., § VIII.C. |

2